875 So.2d 667 (2004)
Ronald H. INGRAHAM, Appellant,
v.
TRAVELERS INDEMNITY CO., etc., et al., Appellee.
No. 3D03-1813.
District Court of Appeal of Florida, Third District.
April 14, 2004.
Rehearing Denied June 16, 2004.
Ronald H. Ingraham, in proper person.
Hicks & Kneale, P.A., Mark Hicks, James H. Wyman and Dinah Stein, Miami, attorneys for appellee.
Before GREEN, SHEVIN, and SHEPHERD, JJ.
PER CURIAM.
Affirmed. See Inservices, Inc. v. Aguilera, 837 So.2d 464 (Fla. 3d DCA 2002), review granted, 847 So.2d 975 (Fla. Jun.19, 2003) (No. 03-368).